UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

P. J. Stevens,

        Plaintiff,

vs.                                   ORDER ADOPTING REPORT
                                        AND RECOMMENDATION

Kanabec County Family Sevcices,

        Defendant.                  Civil No. 08-517 (JMR/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of the United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED:**

1. That the Plaintiff's Application to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> [Docket No. 2] is denied as moot.

2. That this action is summarily dismissed pursuant to Title 28 U.S.C. §1915(e)(2)(B)(ii).


Dated: April 24, 2008                                         <u>s/James M. Rosenbaum</u>
                                                                   James M. Rosenbaum, Chief Judge
                                                                   United States District Court